

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION 11-166 |
|---|---|
| VERSUS | JUDGE HAIK |
| ALLEN FRITZGERALD STYNER | MAGISTRATE JUDGE HANNA |

### JUDGMENT

The defendant in the above captioned matter appeared before Magistrate Judge Patrick Hanna on the 3rd day of July, 2012 for a Plea Hearing. Prior to the Hearing, the parties submitted a Consent to Plead before United States Magistrate Judge in a Felony Case. Upon conclusion of the proceeding and after full consideration the facts and circumstances of the case, as well as the defendant's acceptance of guilt and desire to enter a plea of guilty, Magistrate Judge Hanna recommended that the undersigned accept the guilty plea and enter a judgment of guilty in this matter.

The undersigned has reviewed the Transcript of the July 3, 2012 Hearing and concludes that the recommendation of the Magistrate Judge is correct. As such, the guilty plea of the defendant Allen Fritzgerald Styner is **ACCEPTED** and a Judgment of **GUILTY** is hereby entered against the defendant as to Count One, Distribution of Cocaine Base in violation of 21 USC section 841(a)(1) and (b)(1)(B).

THUS DONE and SIGNED on this 7th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE